IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 2:21-cv-00666-GAM |

## STIPULATION AND ORDER FOR DISMISSAL

Pursuant to Local Rule 41.1(b) of the United States District Court for the Eastern District of Pennsylvania, Rachel Brown and Defendant Kelly Services, Inc. hereby stipulate that this action is DISMISSED WITH PREJUDICE, without an award of fees or costs to any party.

DATED: May 13, 2021

Respectfully submitted,

MURPHY LAW GROUP, LLC

By: */s/ Michael Murphy*
Michael Murphy, Esquire
murphy@phillyemploymentlawyer.com
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
T.: (267) 273-1054
F.: (215) 525-0210
*Attorneys for Plaintiff*

2

SEYFARTH SHAW LLP


By: */s/ Jacob Oslick*
Jacob Oslick (Pa. Bar. No. 311028)
joslick@seyfarth.com
620 Eighth Avenue
New York, New York  10018
Telephone:     (212) 218-5500
Facsimile:     (212) 218-5526
*Attorneys for Defendant*


**SO ORDERED:**


/s/ Gerald Austin McHugh

Hon. Gerald A. McHugh, U.S.D.J.

5/13/21

2

63982113v.1